# United States Court of Appeals for the Fifth Circuit

————————

No. 22-50726
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**

July 20, 2023

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

JAMES ROBERT CUPPLES,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:21-CR-367-1

———————————————————————

Before JOLLY, SMITH, and DUNCAN, *Circuit Judges*.

PER CURIAM:[*]

James Robert Cupples pleaded guilty to one count of receipt of child pornography, in violation of 18 U.S.C. § 2252(a)(2) and (b)(1). The district court sentenced him to 198 months of imprisonment, to be followed by 10 years of supervised release. Cupples challenges the application of a higher offense level under U.S.S.G. § 2G2.1 by operation of the cross-reference in

———————————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 22-50726

U.S.S.G. § 2G2.2(c)(1), which "is to be construed broadly." § 2G2.2, comment. (n.7(A)). We review the district court's interpretation and application of the Guidelines de novo and its factual findings for clear error. *See United States v. Ferris*, 52 F.4th 235, 239 (5th Cir. 2022), *cert. denied*, 143 S. Ct. 846 (2023).

The record supports the district court's determination that the Government proved, by a preponderance of the evidence, that Cupples caused a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct. *See* § 2G2.2, comment. (n.7(A)); *United States v. Landreneau*, 967 F.3d 443, 451 (5th Cir. 2020); *United States v. Rodriguez*, 630 F.3d 377, 380 (5th Cir. 2011). And as Cupples concedes, the court properly enhanced his sentence under § 2G2.1(b)(2)(A) because the offense involved the commission of sexual contact. *See United States v. Butler*, 65 F.4th 199, 201-03 (5th Cir. 2023); *United States v. Salinas*, 918 F.3d 463, 465 (5th Cir. 2019).

The judgment of the district court is AFFIRMED.